**Motion Granted; Vacated and Remanded and Memorandum Opinion filed May 15, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00782-CV

---

### NATIONWIDE BANK, Appellant

### V.

### HUMBLE PARK PLACE, LTD. AND KENNETH R. HENRY, Appellees

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-01158B**

---

### M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed March 8, 2013. On May 6, 2014, the parties filed a joint motion to set aside the default judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed March 8, 2013, and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Wise.